170 So.2d 664

Harold J. MATHIES, Sr., et al.

v.

FRUEHAUF TRAILER COMPANY

et al.

No. 47608.

Jan. 27, 1965.

In re: Wiregrass Gas & Appliance Co. of Dothan, Inc., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 170 So.2d 785.

Writ refused. No final judgment has been rendered in the case.

170 So.2d 664

John R. RUSS

v.

STATE of Louisiana.

No. 47615.

Jan. 28, 1965.

In re: John R. Russ applying for writ of habeas corpus.

Writ refused. Applicant has made no showing which would warrant the exercise of original jurisdiction by this Court.